# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: March 27, 2023

RE: *Cole v. Boulder County, Colorado et al.,* No. 22-cv-02457-RMR-MEH

    _____  A settlement conference was held on this date, and no settlement has been reached as to any claim.

    __X__  Settlement discussions were initiated in February 2023 and continuing thereafter, and a settlement has been reached as to:

        __X__ All claims in this action. Dismissal papers should be filed on or before April 30, 2023.

        _____ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____ , 2023.

Settlement discussion and preparation time involved: **3.5** .

    __X__  A written record was made _____ A written record was not made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    _____  Since the last Minute Entry for Settlement in this case, supplemental settlement discussions or negotiations were held in the above-captioned case, including phone calls and emails.

Negotiation time involved: \_\_\_\_\_ hours \_\_\_\_ minutes.