IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 22-cv-02457-RMR-MEH

TRAVIS COLE,

    Plaintiff,

v.

BOULDER COUNTY, COLORADO,

    Defendant.

_____

### STIPULATION TO DISMISS ACTION WITH PREJUDICE
_____

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties respectfully stipulate to dismiss this Action, with prejudice, each side to bear their own fees and costs.

Respectfully submitted this 28th day of April 2023.

APPROVED:

*s/ Andy McNulty*                                        *s/ David Hughes*

_____      _____

| | |
|---|---|
| Mari Newman | Trina Ruhland |
| Andy McNulty | David Hughes |
| KILLMER, LANE & NEWMAN, LLP | Deputy County Attorneys |
| 1543 Champa Street, Suite 400 | Boulder County Attorney's Office |
| Denver, CO 80202 | 1777 6th Street |
| (303) 571-1000 | Boulder, CO 80302 |
| (303) 571-1001 fax | P.O. Box 471 Boulder, CO 80306 |
| mnewman@kln-law.com | O: 303-441-4793 |
| amcnulty@kln-law.com | F: 303-441-4794 |
| | truhland@bouldercounty.org |
| | dhughes@bouldercounty.org |
| *Attorney for Plaintiff* | |
| | *Counsel for Defendant Boulder County, Colorado* |