IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02457-RMR-MEH

TRAVIS COLE,

    Plaintiff,

v.

BOULDER COUNTY, COLORADO,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is the parties' "Stipulation to Dismiss Action with Prejudice," filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ECF 41. Pursuant to the terms of the parties' Stipulation, Plaintiff's claims are dismissed with prejudice. The Clerk of Court shall close this case.

Dated and entered at Denver, Colorado, this 28th day of April, 2023.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge